■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD K. WOODRICH, Appellant. [930 NYS2d 523]—

Memorandum: Defendant appeals from an order denying his postjudgment motion pursuant to CPL 440.30 (1-a) for additional DNA testing of certain items of evidence secured in connection with his conviction of, inter alia, rape in the first degree (Penal Law § 130.35 [1]). This Court previously affirmed the judgment convicting defendant of those crimes (*People v Woodrich*, 212 AD2d 998 [1995], *lv denied* 85 NY2d 945 [1995]). County Court properly denied the motion "because defendant failed to establish that there was a reasonable probability that, had those items been tested [further] and had the results been admitted at trial, the verdict would have been more favorable to defendant" (*People v Sterling*, 37 AD3d 1158 [2007]). Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.